853 A.2d 232

IN THE MATTER OF JOHN N. GIORGI, AN ATTORNEY
AT LAW (ATTORNEY NO. 021261988).

July 27, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–082, concluding that **JOHN N. GIORGI** of **UNION**, who was admitted to the bar of this State in 1988, should be suspended from the practice of law for a period of three months for violating *RPC* 1.5 (unreasonable fee), *RPC* 1.7(a) (conflict of interest), *RPC* 1.7(b) (conflict of interest; representation materially limited by responsibility to another client or by the lawyer's interests), *RPC* 1.8(a) (prohibited transaction with client), *RPC* 1.8(e) (financial assistance to client in connection with litigation), *RPC* 3.3(a)(1) (false statement of material fact to a tribunal), *RPC* 3.4(b) (counseling or assisting a witness to testify falsely), *RPC* 8.1(a) (misrepresentation in disciplinary matter), *RPC* 8.4(a) (violating or attempting to violate RPCs through the acts of another), *RPC* 8.4(c) (dishonesty, fraud, deceit or misrepresentation), *RPC* 8.4(d) (conduct prejudicial to the administration of justice), *Rule* 1:21–6(c) (recordkeeping rules), and *Rule* 1:21–7 (excessive contingent fee), and good cause appearing;

It is ORDERED that **JOHN N. GIORGI** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective August 18, 2004; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.